# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### ***

ALLSTATE LIFE INSURANCE COMPANY,

Plaintiff,

vs.

ALCIBIADES MATOS, *et al.*,

Defendants.

2:16-cv-02590-APG-VCF

**MINUTE ORDER**

Before the Court is Plaintiff's Motion to Interplead Funds (ECF No. 25).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Motion to Interplead Funds (ECF No. 25) is scheduled for 10:00 AM, January 11, 2017, in Courtroom 3D.

DATED this 21st day of December, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE