BAUMAN LOEWE WITT & MAXWELL, PLLC
Michael C. Mills (Nevada Bar No. 3534)
mmills@blwmlawfirm.com
2650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Telephone: 702-240-6060
Facsimile: 702-240-4267

SEYFARTH SHAW LLP
Giovanna A. Ferrari (Cal. SBN 229871)
gferrari@seyfarth.com
Carrie P. Price (Cal. SBN 292161)
cprice@seyfarth.com
*Admitted Pro Hac Vice*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:     (415) 397-2823
Facsimile:     (415) 397-8549

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALCIBIADES MATOS, FLOR MACHADO, M. M. (a minor), J. M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals,<br><br>Defendants. | Case No. 2:16-cv-02590-APG-VCF<br><br>**LOCAL RULE 22-1 MOTION TO REQUEST SCHEDULING CONFERENCE; [PROPOSED] ORDER** |

### MOTION TO REQUEST SCHEDULING CONFERENCE

Pursuant to Local Civil Rule 22-1, plaintiff Allstate Life Insurance Company hereby submits this motion and respectfully requests that the Court set a scheduling conference in the above-captioned interpleader action.

DATED: December 29, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Carrie P. Price*

Giovanna A. Ferrari *(Admitted Pro Hac Vice)*
Carrie P. Price (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

### [PROPOSED] ORDER

The Court, having considered the motion by plaintiff Allstate Life Insurance Company made pursuant to Local Civil Rule 22-1, hereby sets a scheduling conference in the above-captioned matter as set forth below:

DATE: January 11, 2017

TIME: 10:00AM

PLACE: Courtroom 6C, U.S. District Court for the District of Nevada

333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

**IT IS SO ORDERED.**

DATED: January 4, 2017

~~The Honorable Andrew P. Gordon~~
~~United States District Court Judge~~

Cam Ferenbach
United States Magistrate Judge

| | |
|---|---|
| 1 | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| | Michael C. Mills (Nevada Bar No. 3534) |
| 2 | mmills@blwmlawfirm.com |
| | 2650 N. Rancho Drive, Suite 114 |
| 3 | Las Vegas, NV 89130 |
| | Telephone: 702-240-6060 |
| 4 | Facsimile: 702-240-4267 |
| 5 | SEYFARTH SHAW LLP |
| | Giovanna A. Ferrari (Cal. SBN 229871) |
| 6 | gferrari@seyfarth.com |
| | Carrie P. Price (Cal. SBN 292161) |
| 7 | cprice@seyfarth.com |
| | *Admitted Pro Hac Vice* |
| 8 | 560 Mission Street, 31st Floor |
| | San Francisco, California 94105 |
| 9 | Telephone:    (415) 397-2823 |
| | Facsimile:    (415) 397-8549 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | ALLSTATE LIFE INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, | Case No. 2:16-cv-02590-APG-VCF |
| Plaintiff, | |
| v. | |
| ALCIBIADES MATOS, FLOR MACHADO, M. M. (a minor), J. M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

This is to certify that on the 29th day of December, 2016, I caused true and correct copies of LOCAL RULE 22-1 MOTION TO REQUEST SCHEDULING CONFERENCE; [PROPOSED] ORDER and a copy of the CM/ECF Notice of Electronic Filing related to said document to be placed in the U.S. Mail, postage prepaid, addressed to each of the following:

| | |
|---|---|
| German Alberto Gonzalez Jr.<br>811 S. Gramercy Drive, #211<br>Los Angeles, CA 90005 | Yordani Matos-Arias<br>2160 Whippletree Avenue<br>Las Vegas, NV  89119 |
| JM (a minor)<br>2160 Whippletree Avenue<br>Las Vegas, NV  89119 | MM (a minor)<br>2160 Whippletree Avenue<br>Las Vegas, NV  89119 |
| Flor Machado<br>515 S. Chevy Chase Drive, #2<br>Glendale, CA  91205 | Alcibiades Matos<br>2160 Whippletree Avenue<br>Las Vegas, NV  89119 |

DATED:  December 29, 2016

Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Carrie P. Price*

Giovanna A. Ferrari *(Admitted Pro Hac Vice)*
Carrie P. Price (*Admitted Pro Hac Vice*)

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

36431929v.1