# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br>ALCIBIADES MATOS, *et al.*,<br><br>　　　　　　Defendants. | Case No.: 2:16-cv-02590-APG-VCF<br><br>**REFERRAL TO PRO BONO PROGRAM** |

　　　This case is referred to the Pilot Pro Bono Program ("Program") adopted in General Order 2016-02 for the purpose of screening for financial eligibility (if necessary) and identifying counsel willing to be appointed as *pro bono* counsel for Defendant Flor Machado.  The scope of appointment shall be for all purposes through the conclusion of trial.  By referring this case to the Program, the Court is not expressing an opinion as to the merits of the case.  Accordingly,

　　　**IT IS HEREBY ORDERED** that this case is referred to the Pro Bono Program for appointment of counsel for the purposes identified herein.

　　　**IT IS FURTHER ORDERED** that the Clerk shall also forward this order to the Pro Bono Liaison.

　　　DATED this 11th day of January, 2017.

_____
Cam Ferenbach
U.S. Magistrate Judge