UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALCIBIADES MATOS, FLOR MACHADO, M.M. (a minor), J.M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals,<br><br>Defendants. | Case No. 2:16-cv-02590-APG-VCF |

[PROPOSED] ORDER

Plaintiff Allstate Life Insurance Company's Motion to Interplead Funds [ECF 25] having come on for hearing before this Honorable Court and for good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Plaintiff's Motion to Interplead Funds [ECF 25] is granted. Plaintiff is ordered to deposit the sum of $250,621.58 with the Clerk of the Court to be disbursed only on the order of the Court.

Dated this __12th__ day of __January__ 2016.

_____
U.S. ~~DISTRICT COURT~~ JUDGE
Magistrate

Submitted by:

BAUMAN LOEWE WITT & MAXWELL

/s/ Michael C. Mills
_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Plaintiff,
Allstate Life Insurance Company