1 Joseph N. Mott
Nevada Bar No. 12455
2 LAW OFFICES OF STEVEN J. PARSONS
10091 Park Run Dr Ste 200
3 Las Vegas, NV 89145-8868
(702) 384-9900
4 (702) 384-5900 (fax)
Joey@SJPlawyer.com

5 Attorneys for Defendant
6 **ALCIBIADES MATOS**

7 UNITED STATES DISTRICT COURT

8 DISTRICT OF NEVADA

| | |
|---|---|
| 9 **ALLSTATE LIFE INSURANCE COMPANY,** | Case No. **2:16-cv-02590-APG-(VCF)** |
| 10     Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES |
| 11 vs. | |
| 12 **ALCIBIADES MATOS**; et al., | (Doc. 53) |
| 13     Defendants. | |

Defendant **ALCIBIADES MATOS** ("Matos") and Plaintiff **ALLSTATE LIFE INSURANCE COMPANY** ("Allstate"), by their undersigned counsel of record, hereby stipulate that the deadline for Defendants to Respond to Allstate's Motion for Discharge and for Attorneys' Fees (Doc. 53) shall be extended seven (7) days, and shall now be due on Wednesday, May 3, 2017. This stipulation is entered into for good cause and is not merely for the purposes of delay.

Dated: April 27, 2017.

| | |
|---|---|
| LAW OFFICES OF STEVEN J. PARSONS | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ Joseph N. Mott | /s/ Michael C. Mills |
| JOSEPH N. MOTT | MICHAEL C. MILLS |
| Nevada Bar No. 12455 | Nevada Bar No. 3534 |
| 10091 Park Run Dr Ste 200 | 2650 N. Rancho Drive, Suite 114 |
| Las Vegas, NV 89145-8868 | Las Vegas, NV 89130 |
| Attorneys for Defendant **ALCIBIADES MATOS** | Attorneys for Plaintiff **ALLSTATE LIFE INSURANCE COMPANY** |



*10091 Park Run Drive, Suite 200*
*Las Vegas, Nevada 89145-8868*
*(702)384-9900; fax (702)384-5900*
*Info@SJPlawyer.com*

Page 1 of 2

CERTIFICATE OF SERVICE BY E-FILING

I hereby certify that service of the foregoing Stipulation and [Proposed] Order to Extend the Deadline for Defendants to Respond to Plaintiff's Motion for Discharge and for Attorneys' Fees was made by e-filing with the Court's CM/ECF system, duly noting that on prior occasions counsel has consented to be served in that manner.

Dated: Thursday, April 27, 2017.

/s/ Candice Benson
An employee of LAW OFFICES OF STEVEN J. PARSONS

ORDER

**IT IS SO ORDERED.**

Dated: April 27, 2017.

U.S. ~~DISTRICT~~/MAGISTRATE JUDGE

