1  BAUMAN LOEWE WITT & MAXWELL, PLLC
   Michael C. Mills (Nevada Bar No. 3534)
2  mmills@blwmlawfirm.com
   2650 N. Rancho Drive, Suite 114
3  Las Vegas, NV 89130
   Telephone: 702-240-6060
4  Facsimile: 702-240-4267

5  SEYFARTH SHAW LLP
   Giovanna A. Ferrari (Cal. SBN 229871)
6  gferrari@seyfarth.com
   Carrie P. Price (Cal. SBN 292161)
7  cprice@seyfarth.com
   *Admitted Pro Hac Vice*
8  560 Mission Street, 31st Floor
   San Francisco, California 94105
9  Telephone:   (415) 397-2823
   Facsimile:   (415) 397-8549

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, | Case No. 2:16-cv-02590-APG-VCF |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR ALLSTATE TO REPLY TO MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES [ECF 53]** |
| v. | |
| ALCIBIADES MATOS, FLOR MACHADO, M. M. (a minor), J. M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals, | |
| Defendants. | |

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR ALLSTATE TO
REPLY TO MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES

Plaintiff Allstate Life Insurance Company ("Allstate") and defendant Alicbades Matos, by their undersigned counsel, hereby stipulate that the deadline for Allstate to file a reply in support of its Motion for an Order Discharging Allstate and for Attorneys' Fees (Dkt. 53) may be extended by one week, from May 11, 2017 to and through May 18, 2017.

This stipulation is entered into for good cause and is not merely for the purposes of delay. This is the second stipulation to extend deadlines related to this Motion, but the first with respect to the time for Allstate's reply.

DATED: May 8, 2017

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Carrie P. Price*
Carrie P. Price
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

DATED: May 8, 2017

LAW OFFICES OF STEVEN J. PARSONS

By: */s/ Joseph N. Mott*
Joseph N. Mott
Nevada Bar No. 12455
10091 Park Run Dr. Ste. 200
Las Vegas, NV 89145-8868

Attorneys for Defendant
ALICBADES MATOS

### [PROPOSED] ORDER

Good cause appearing therefor, the deadline for Allstate to file a reply in support of its Motion for an Order Discharging Allstate and for Attorneys' Fees (Dkt. 53) is now May 18, 2017.

**IT IS SO ORDERED**.

Dated: ____May 9____, 2017

_____
The Hon. U.S. Magistrate Judge Cam Ferenbach

1
JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR ALLSTATE TO REPLY TO MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of May, 2017, the document: **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINE FOR ALLSTATE TO REPLY TO MOTION FOR DISCHARGE AND FOR ATTORNEYS' FEES [ECF 53]**, was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Additionally, copies of this document was served via United States mail and placed into an official depository of the United States Postal Service addressed to each of the following:

German Alberto Gonzalez Jr.
811 S. Gramercy Drive, #211
Los Angeles, CA 90005

**PRO SE DEFENDANT**

Flor Machado
515 S. Chevy Chase Drive, #2
Glendale, CA 91205

**PRO SE DEFENDANT**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8 day of May, 2017 at San Francisco, California.

*/s/ Carrie P. Price*

38997106v.1