BAUMAN LOEWE WITT & MAXWELL, PLLC
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 3534
mmills@blwmlawfirm.com
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

SEYFARTH SHAW LLP
GIOVANNA A. FERRARI
Cal. SBN 229871
gferrari@seyfarth.com
CARRIE P. PRICE, ESQ.
Cal. SBN 292161
cprice@seyfarth.com
*Admitted Pro Hac Vice*
560 Mission Street, 31st Floor
San Francisco, California 94105
Phone: (415) 397-2823
Fax: (415) 397-8549

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ALCIBIADES MATOS, FLOR MACHADO, M.M. (a minor), J.M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals,<br><br>Defendants. | Case No. 2:16-cv-02590-APG-VCF |

### MICHAEL C. MILLS'S MOTION TO APPEAR TELEPHONICALLY FOR HEARING SET FOR THURSDAY JUNE 1, 2017 AT 1:30 P.M.

COMES NOW Michael C. Mills, Esq. of Bauman Loewe Witt & Maxwell, and hereby moves for leave to appear telephonically for the hearing on Allstate Life Insurance Company's Motion for an Order Discharging Allstate Life Insurance Company

and for Attorney's Fees and Costs currently scheduled for Thursday June 1, 2017 at 1:30 p.m.

Counsel Giovanni Ferrari, Esq. will appear in person at the hearing. However, the undersigned counsel will be out of town and respectfully requests leave to appear telephonically for the hearing.

Respectfully submitted this 30th day of May 2017.

BAUMAN LOEWE WITT & MAXWELL

_/s/ Michael C. Mills_

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267

GIOVANNA A. FERRARI, ESQ.
California Bar No. 229871
CARRIE P. PRICE, ESQ.
California Bar No. 292161
*Admitted Pro Hac Vice*
560 Mission Street, 31st Floor
San Francisco, California 94105

Attorneys for Plaintiff,
Allstate Life Insurance Company

IT IS SO ORDERED: The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

_/s/ Judge_

JUDGE/MAGISTRATE JUDGE

Dated this 30th day of May, 2017.