BAUMAN LOEWE WITT & MAXWELL, PLLC
Michael C. Mills (Nevada Bar No. 3534)
mmills@blwmlawfirm.com
2650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Telephone: 702-240-6060
Facsimile: 702-240-4267

SEYFARTH SHAW LLP
Giovanna A. Ferrari (Cal. SBN 229871)
gferrari@seyfarth.com
*Admitted Pro Hac Vice*
Carrie P. Price (Cal. SBN 292161)
cprice@seyfarth.com
*Admitted Pro Hac Vice*
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone:   (415) 397-2823
Facsimile:   (415) 397-8549

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ALCIBIADES MATOS, FLOR MACHADO, M. M. (a minor), J. M. (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals, <br><br> Defendants. | Case No. 2:16-cv-02590-APG-VCF <br><br> **ALLSTATE LIFE INSURANCE COMPANY'S MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT STATUS HEARING; [PROPOSED] ORDER** <br><br> Date: August 21, 2017 <br> Time: 10:00 a.m. <br> Courtroom: 3D <br> Judge: Magistrate Cam Ferenbach |

Counsel for Plaintiff Allstate Life Insurance Company, Giovanna A. Ferrari of Seyfarth Shaw LLP, respectfully requests to appear telephonically at the Status Hearing set for 10:00 a.m. on August 21, 2017.

DATED: August 14, 2017

Respectfully submitted,
SEYFARTH SHAW LLP

By: */s/ Giovanna A. Ferrari*
Giovanna A. Ferrari
*Admitted Pro Hac Vice*

Attorneys for Plaintiff
ALLSTATE LIFE INSURANCE COMPANY

### [PROPOSED] ORDER

**IT IS ORDERED THAT** Giovanna A. Ferrari may appear telephonically at the Status Hearing on August 21, 2017.

**IT IS SO ORDERED.**

August 14, 2017

Honorable Cam Ferenbach
United States Magistrate Judge

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

40298733v.1

2
MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT STATUS HEARING