**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALCIBIADES MATOS, *et al.*,<br><br>Defendants. | 2:16-cv-02590-APG-VCF<br>**ORDER AND REPORT AND RECOMMENDATION** |

Before the court is a Joint Stipulation Re: Attorneys' Fees and the Discharge of Allstate Life Insurance Co. (ECF No. 81). Pursuant to the stipulation,

Good Cause Appearing, IT IS HEREBY ORDERED as follows:

1. On or before September 15, 2017, Plaintiff must deposit the sum of $240,621.58 ($250,621.58 life insurance proceeds including interest through January 12, 2017, less $10,000 stipulated costs and attorney fees) with the Clerk of Court to be disbursed only on further order of the court; and
2. If the defendants are unable to reach an agreement regarding the disbursement of the funds deposited in court, they must file, on or before September 18, 2017, a Proposed Discovery Plan and Scheduling Order setting deadlines for litigating their dispute pursuant to this court's local rules.

IT IS FURTHER RECOMMENDED, upon deposit of the $240,612.58 with the Clerk, as follows:
1. Plaintiff be fully and finally discharged from this action, with prejudice; and
2. Defendants be permanently enjoined from bringing any claim against Plaintiff based on the life insurance policy at issue, associated with policy number 700 245 932.

DATED this 29th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE