# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

ALLSTATE LIFE INSURANCE COMPANY,

Plaintiff,

vs.

ALCIBIADES MATOS, *et al.*,

Defendants.

2:16-cv-02590-APG-VCF

**ORDER**

Before the court is the Notice re: Order and Report and Recommendation (ECF No. 83).

Accordingly, Allstate Life Insurance Company having previously deposited $250,621.58 with the Court,

IT IS HEREBY ORDERED that the Clerk of Court is directed to pay Ten Thousand Dollars ($10,000.00) of the deposited funds to Allstate Life Insurance Company c/o Giovanna A. Ferrari, Esq. at Seyfarth Shaw LLP, 560 Mission Street, 31st Floor, San Francisco, California 94105, leaving a $240,621.58 remaining balance of funds deposited with the Court.

DATED this 1st day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE