# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ALLSTATE LIFE INSURANCE COMPANY,

               Plaintiff,

v.

ALCIBIADES MATOS, et al.,

               Defendants.

Case No. 2:16-cv-02590-APG-VCF

**ORDER ACCEPTING REPORT AND RECOMMENDATION, GRANTING STIPULATION, AND DENYING AS MOOT MOTION FOR ATTORNEY'S FEES**

(ECF Nos. 53, 81, 82)

In light of a stipulation entered into between the parties, Magistrate Judge Ferenbach entered an order and report and recommendation in this interpleader action. ECF Nos. 81, 82. Judge Ferenbach directed plaintiff Allstate Life Insurance Company to deposit the disputed funds with the court and ordered the parties to file a proposed scheduling order if they could not agree on disbursement of those funds. ECF No. 82. Judge Ferenbach also recommended that upon deposit of the funds, Allstate be fully and finally discharged from this action with prejudice and the defendants be permanently enjoined from bringing any claim against Allstate based on life insurance policy 700 245 932. Allstate has deposited the funds. ECF No. 83.

No party objected to Judge Ferenbach's report and recommendation because the parties had reached a stipulation to this effect. ECF No. 81. I therefore accept Magistrate Judge Ferenbach's report and recommendation, grant the parties' stipulation, and deny Allstate's motion for attorney's fees as moot.

IT IS THEREFORE ORDERED that Magistrate Judge Ferenbach's report and recommendation **(ECF No. 82) is accepted**.

IT IS FURTHER ORDERED that the parties' stipulation **(ECF No. 81) is GRANTED**.

IT IS FURTHER ORDERED that plaintiff Allstate Life Insurance Company is discharged from this action with prejudice.

IT IS FURTHER ORDERED that the defendants in this action are permanently enjoined from bringing any claim against plaintiff Allstate Life Insurance Company based on the life insurance policy at issue in this case, policy number 700 245 932.

IT IS FURTHER ORDERED that plaintiff Allstate Life Insurance Company's motion for attorney's fees **(ECF No. 53) is DENIED as moot**.

DATED this 28th day of September, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE