JAMES E. MURPHY, ESQ.
Nevada Bar No. 8586
LAXALT & NOMURA, LTD.
6720 Via Austi Parkway
Suite 430
Las Vegas, Nevada 89119
Telephone: (702) 388-1551
Facsimile: (702) 388-1559
jmurphy@laxalt-nomura.com

*Attorneys for Defendant*
*German Alberto Gonzalez, Jr.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br>v.<br>ALCIBIADES MATOS, FLOR MACHADO, M. MATOS (a minor), J. MATOS (a minor), YORDANI MATOS-ARIAS, AND GERMAN ALBERTO GONZALEZ JR., individuals,<br><br>Defendants. | Case No.: 2:16-CV-02590-APG-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT GERMAN ALBERTO GONZALEZ, JR.** |

IT IS STIPULATED AND AGREED TO BY THE UNDERSIGNED PARTIES, to dismiss Defendant GERMAN ALBERTO GONZALEZ, JR., from this action with each party to bear their own costs and fees.

DATED: January 4, 2018.                             DATED: January 4, 2018.

LAXALT & NOMURA, LTD.                        SNELL & WILMER, LLP

/s/ *James E. Murphy*                                        /s/ *Karl O. Riley*
JAMES E. MURPHY                                       KARL O. RILEY
Nevada Bar No. 8586                                       Nevada Bar No. 12077
6720 Via Austi Parkway, Suite 430                 3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89119                                Las Vegas, Nevada 89169
*Attorneys for Defendant*                                  *Attorneys for Defendant*
*German Alberto Gonzalez, Jr.*                        *Flor Machado*

Case No.: 2:16-CV-02590-APG-VCF

DATED: January 4, 2018

REMPFER MOTT LUNDY PLLC

/s/ *Joseph N. Mott* _____
JOSEPH N. MOTT
Nevada Bar No. 12455
10091 Park Run Dr.,
Ste. 200
Las Vegas, NV 89145
*Attorney for Defendant Alicibades Matos, M. Matos, J. Matos, and Y. Matos-Arias*

## **ORDER**

Defendant GERMAN ALBERTO GONZALEZ, JR., is hereby dismissed from this action, with prejudice, with each party to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED this __4__ day of January, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE